GROVE POINT OPERATING COMPANY, INC., Appellant, v. ADDIE RUSSELL MACKENZIE, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

CATHERINE M. FRASER, Appellant, v. CARL A. FRASER, Respondent.— Judgment unanimously affirmed, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE DELAWARE AND HUDSON COMPANY, Respondent, v. THE MECHANICVILLE AND FORT EDWARD RAILROAD COMPANY, Defendant, Impleaded with BOSTON and MAINE RAILROAD, Appellant.— Judgment affirmed, with costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., concurs in the result, upon the grounds stated in his opinion in the injunction action decided herewith [*Boston & Maine Railroad* v. *Delaware & Hudson Co., ante*, p. 714], that the injunction action only restrained the Delaware and Hudson Corporation so far as the matters litigated in the 1916 action. That outside of these matters the plaintiff is entitled to have a receiver appointed as to property not mentioned in the 1916 action.

In the Matter of the Claim of LEWIS RAY MEARIAN, Respondent, against LEONARD MISCALL, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with one bill of costs to the employer-respondent against the Massachusetts Bonding and Insurance Company; and the necessary disbursements of the appeal of the State Industrial Board against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOSEPH A. WILLIAMS, Respondent, v. NEW YORK POWER AND LIGHT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MORRIS APTER, Respondent, v. HOME LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

HARRY D. CAMMER, Respondent, v. FELIX CONNOLLY, Appellant. JOSEPHINE CONNOLLY and Others, Respondents, v. FELIX CONNOLLY, Appellant, Impleaded with Another.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.